UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JESSICA ANDERS, et al. | CIVIL ACTION NO. 06-2164 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| DARYL F. BARMORE, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #26, is GRANTED**. This case is remanded to the 9th Judicial District Court, Parish of Rapides, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 15th day of May 2007.

Dee D. Drell
United States District Judge